**STATE OF LOUISIANA**      *      **NO. 2023-KA-0529**

**VERSUS**      *      **COURT OF APPEAL**

**AREC J. BILLIOT**      *      **FOURTH CIRCUIT**

     *      **STATE OF LOUISIANA**

     *

     *

* * * * * * *

**LEDET, J. CONCURS**

I concur in the result.